FILED

2022 JUN 17 PM 1:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY (W)

*Name:* Donald Ray Pierre
*Address:* 324 S. Diamond Bar Blvd. # 274
Diamond Bar, Ca. 91765

*Phone:* (562) 640-7295

Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Donald Ray Pierre,

**PLAINTIFF,**

**vs.**

Karen Brown
~~Does 1-10 Inclusive~~

**DEFENDANT(S).**

Case No.: LACV22-4180-SB-PDx
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Abuse of Elderly 2 Wars Veteran

Abuse of Mentally Challenged

Perjury
Defamation of Character

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under United States District Court Central District of California

## II. VENUE

2. Venue is proper pursuant to State and Federal Civil Codes

## III. PARTIES

3. Plaintiff's name is Donald Ray Pierre. Plaintiff resides at: 1345 E. South Street, Long Beach, Calif. (rented room)

4. Defendant Karen Brown

5. Defendant

## IV. STATEMENT OF FACTS

Plaintiff alleges on knowledge as to his own and on information and belief as to all other matters as follows:

Plaintiff informed and believes and on such information and belief. alleges that at all times mentioned, Defendant Karen Brown resides in the County of Los Angeles, State of California.

Plaintiff informed and believes and on such information and belief alleges that at all times mentioned, Defendant, Karen Brown is a private citizen.

Plaintiff is ignorant of the true names of Defendant DOES 1-10 inclusive, and has therefore sued them by the above names which are fictitious. Plaintiff will amend this complaint by inserting true names in lieu of the fictitious names, together will apt and proper charging words when true name are ascertained as DOES is responsible and liable to Plaintiff in some manner for the events, happening, and contentions referred to in this complaint. All references in this complaint to defendant shall be deemed to include all DOES defendants.

Plaintiff informed and believes and thereon alleges that each defendant including DOES, was and is the agent employee, servant, subsidiary, partner, member, associate, or representative of each other defendant, including DOES, and all of the things alleged to have been done by the defendant were done in the course and scope of the agency, employment , service, or representative relationship and with the knowledge and consent of their respective principal, employers, parent corporations, partners, members, associates or representatives. The unlawful practice complained of herein occurred in the

County of Los Angeles and Plaintiff at all times mentioned herein was a resident of the County of Los Angeles.

The Defendant Ms Brown will be referred to as Defendant and the Plaintiff Dr. Pierre willbe referred as Plaintiff.

The Defendant willfully coerced,coerced the son of the Plaintiff who is mentally challenged to testify against his father. The defendant's behavior was malicious in that the presiding judge had made his decision prior to the Plaintiff son being called to the witness stand. (Exhibit 1)

This lawsuitis made on the grounds that numerous false conspiring statements were made under oath by the Defendant and was accepted by the presiding judge. The mentally challenged son of the Plaintiff was unnecessarily called to testify against his father the Plaintiff who he loves so much. The calling of the Plaintiff's son was punitive and unnecessary. Unnecessary in that the presiding judge in his opening statement, stated that he had made his decision prior to the testimony of the Plaintiff's mentally challenged son. Why was this testimony undertaken and coerced when a decision had already been made by the presiding judge? The mentally challenged son ot the Plaintiff was unable to deal with this type negative cerebral cortical stimulation thereby had a mental breakdown and became incoherent with a rambling speech pattern. The presiding judge started chuckling bent his head toward the bench and continued chuckling until the Plaintiff shouted STOP, STOP.The cross-examination was terminated on the demands of the Plaintiff and not by the presiding judge who was engaged in chuckling . (Exhibit 2) This behavior can be validated by court employees, attorneys and court transcript.

The Plaintiff was ordered to Vacate the Family Home which he lived in for thirty years and felt safe. This court order created a homeless living status for a elderly, two wars veteran with thirty-nine years of exemplary military service, fifteen promotions,gave medical support to the U.S. Navy,Marine Corp, U.S. Coast Guard and Texas National guard. Plaintiff have no criminal convictions only arrests that was typical for that era.

REFERENCE TO THE ADVERSE WITNESS, WHO CAN ATTEST TO FORM.

THE COURT: OH, OKAY. SO IT'S BASICALLY JUST --

MR. SMITH: IT IS THE PARTIES THAT ARE ALL HERE, YOUR HONOR.

THE COURT: THE PARTIES AND -- AND YOUR SON.

MR. SMITH: YES, SIR. YES.

THE COURT: THEIR SON.

MR. SMITH: THEIR SON, YES.

THE COURT: ALL RIGHT.

MA'AM, I READ YOUR RESTRAINING ORDER REQUEST AND ALL OF THE INFORMATION.

AND WAS EVERYTHING THAT YOU SAID TRUE AND ACCURATE?

MS. PIERRE: YES.

THE COURT: AND, SIR, I'VE READ YOUR RESPONSE.

WAS EVERYTHING THAT YOU SAID IN YOUR RESPONSE TRUE AND ACCURATE?

MR. DONALD PIERRE: YES, YOUR HONOR.

THE COURT: THE MAIN REASON WHY I GRANTED THE TEMPORARY RESTRAINING ORDER WAS THE ALLEGATION ABOUT THE THREAT WITH THE ROD AND THE STATEMENTS THAT THERE WAS A THREAT TO THE ADULT SON LIKE WITH A FIST. THOSE WERE THE MAIN ISSUES. OTHERWISE, I WOULDN'T HAVE GRANTED A TEMPORARY RESTRAINING ORDER.

THERE ARE OTHER ISSUES THAT, YOU KNOW, WE CAN EXAMINE WHETHER THEY RISE TO THE LEVEL OF DOMESTIC VIOLENCE RESTRAINING ORDER IF THEY ARE TRUE. SOME OF



Exhibit 1

THE COURT: THERE'S NOTHING TO STRIKE. IT WAS JUST A QUESTION.

Q BY MR. SMITH: SO THIS -- SO THIS -- THIS PHOTOGRAPH, AGAIN, REFERRING TO EXHIBIT 1, WHEN DID -- WHEN -- WHEN DID YOU -- WHEN ARE YOU ALLEGING THAT THIS PHOTOGRAPH WAS TAKEN SPECIFICALLY?

A IN MARCH.

Q IN MARCH?

A YES.

Q OKAY.

AND IN MARCH YOU ARE ALLEGING THAT MR. PIERRE, WHO IS SITTING DOWN IN THE -- ACCORDING TO THE PHOTO SITTING DOWN HERE, IT LOOKS LIKE HE'S READING SOMETHING; IS THAT CORRECT?

A YES.

Q AND THERE'S AN EXERCISE BAR THAT'S NOT EVEN TOUCHED BY HIM THAT -- AND HE'S SITTING THERE. AND SO IT'S YOUR TESTIMONY THAT EARLIER SOMEHOW HE WAS -- HE HAD THIS RAISED AND -- AND THREATENED YOU.

IS THAT YOUR TESTIMONY?

A YES.

Q THERE'S NO PICTURE OR ANYTHING -- DOES MR. PIERRE LOOK ANGRY IN THIS PICTURE?

A DOES HE LOOK ANGRY?

Q YES. YOU'RE --

A YES. I THINK HE LOOK ANGRY.

Q OKAY. IT'S YOUR TESTIMONY THAT YOU JUST STOPPED A SERIOUS ALTERCATION FROM HAPPENING.



Exhibit 1

Numerous exhibits were presented by the Defendant that were undated that the presiding judge clearly stated that he used the infamous photograph that was dateless without a time stamp of the Plaintiff laying on his couch reading a brochure with a exercise bar leaning against same couch. The Defendant stated that she inadvertently omitted this photograph from her original declaration. The Defendant eargly presented the infamous photograph and other undated documents to the court and the Plaintiff minutes after the court was called to order. The behavior of the Defendant is suspect. The Defendant stated to the court that she had the original copy of the infamous photograph of the Plaintiff laying on his couch reading a brochure. The Defendant cavalierly stated in the courtroom, "your honor,I have the original"(court transcript page 5, lines 8-17). (Exhibit3). The Defendant was winning her case but elected to become more punitive,defamating and disrespectful. The Defendant elected to engage in defamation of the Plaintiff who is an American two wars veteran.The Defendant called the Plaintiff a Sadistical, Mental Manipulator and a Psychological Torturer. (exhibit 4) (Court transcript page6,lines 1-12).

The Plaintiff is a homeless veteran,homeless elder in unsafe living conditions at this stage of his life. The Defendant used law breaking methods to win.

The Defendant have committed abuse against the Mentally ill and the elderly. The Defendant behavior is egregious and abusive.The Defendant have recently elected to retreat by getting a client to attorney substitution of attorney thus bypassing a motion to the court.

THEM ARE SORT OF INCONSIDERATE ACTIONS IF THEY WERE TRUE. I'M NOT SURE THEY RISE TO THE LEVEL OF RESTRAINING ORDER DOMESTIC VIOLENCE. AS YOU CAN SEE IN HIS RESPONSE, HE DENIES ALMOST EVERYTHING THAT IS ALLEGED VERY DEFINITIVELY.

WHAT DOES -- WHAT'S YOUR PROOF THAT THESE EVENTS OCCURRED?

MS. BROWN: WELL, FIRST OF ALL, THERE WAS AN INADVERTENT OMISSION OF EXHIBIT 1 TO HER APPLICATION.

THE COURT: ALL RIGHT.

MS. BROWN: AND I HAVE THAT --

THE COURT: GREAT.

MS. BROWN: -- GIVE THAT TO COUNSEL.

THE COURT: THANK YOU.

MS. BROWN: JUST FOR CLARITY, I HAVE THE ORIGINAL, BUT I HAVE A COPY FOR THE COURT.

THE COURT: GREAT.

(BAILIFF TAKES PAPERS TO COURT.)

THE COURT: ALL RIGHT. THANK YOU.

MS. BROWN: WHICH SHOWS THE METAL BAR THAT WAS PROFFERED AS PROOF.

THE COURT: ALL RIGHT.

MS. BROWN: MY CLIENT HAS TESTIMONY REGARDING THE HISTORY OF THE PARTIES OUTSIDE OF THE MAY INCIDENT BECAUSE THE PRIOR RESTRAINING ORDERS THAT OCCURRED. SHE

COPYING RESTRICTED PER GOVERNMENT CODE 69954(D)

Exhibit 3

HAS FURTHER FACTS TO ELUCIDATE OR AUGMENT WHAT SHE HAS SAID IN HER APPLICATION. WE HAVE FURTHER EXHIBITS TO SUPPLEMENT WHAT HAS GONE ON BECAUSE I DIDN'T LEARN UNTIL RECENTLY THAT THERE'S BEEN A PATTERN OF REALLY SADISTIC NOTES LEFT ON HER PILLOW AT NIGHT.

THERE'S AN ONGOING PATTERN HERE, YOUR HONOR, OF JUST SADISTIC, MENTAL MANIPULATION, REALLY KIND OF A PSYCHOLOGICAL TORTURE. THE PHYSICAL -- THERE HASN'T BEEN ANY STRIKING IN YEARS. ALTHOUGH, THAT HAS OCCURRED IN THE PAST. BUT THE MENACING INCIDENT OF THE PHYSICAL -- THE METAL BAR IS -- CAN BE SUPPLEMENTED -- ALSO ATTESTED TO BY THE SON WHO WANTS TO TESTIFY.

THE COURT: HE ALSO SAW IT?

MS. BROWN: YES. HE PERSONALLY OBSERVED IT.

THE COURT: OKAY.

MS. BROWN: SO -- AND THEN THE ISSUES WITH THE CAR AND THE LOCKING OF THE HOUSE, THE NOTES ON THE PILLOW. AND THEY BOTH ALLEGE -- BOTH MOTHER AND SON --

THE COURT: SORRY TO INTERRUPT YOU.

ARE THE NOTES ON THE PILLOW SOMETHING THAT WAS IN HER DECLARATION?

MS. BROWN: NO. I WAS JUST PROVIDED THIS.

THE COURT: ALL RIGHT.

MS. BROWN: I BROUGHT ALL OF THIS TO MARK AND FOR THE COURT'S CONSIDERATION -- SO FOR OPPOSING COUNSEL TO SEE AS WELL.

THE COURT: SO WHAT I'M GOING TO ASK YOU BOTH TO DO IS TO EXCHANGE ANY EXHIBITS THAT YOU HAVE. WE HAVE



Exhibit 4

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

( Elderly Abuse of a Two Wars Veteran )
*insert title of cause of action*

**(As against Defendant(s):** Karen Brown )

Defendant and each of them conspired against Plaintiff
*Insert ¶ #*
to win a non-violent domestic dispute and remove Plaintiff from the family home. The Defendant presented undated exhibits to the court that was not presented to Plaintiff in the original declaration. The Defendant declared in the courtroom that she had inadvertently omitted the exhibits and was in possession of the original infamous undated photograph. When the Defendant was requested to
*Insert ¶ #*
reproduce documents she wall unable to fulfil request. A motion was made to the court for ruling reconsideration and motion to vacate due to new evidence the presiding judge denied the reconsideration motion and failed to hear the motion to vacate previous ruling. The Defendant set the platform for this egregious behavior. Thus the Plaintiff a elderly two wars veteran with 39 years of exemplary military service have been forced to endure
*Insert ¶ #*
unsafe living conditions that have direct negative effects on his mental/medical/physical health. No one should be unjustly treated especially one who have given so much to America, a country the Plaintiff loves so much. The Defendant's courtroom behavior was insensitive,malicious and meritless. The Defendant didn't care about a elderly citizen that gave so much to America. This is clearly Elderly Abuse.

## SECOND CAUSE OF ACTION

( Abuse of the Mentally Challenged )
*insert title of cause of action*

**(As against Defendant(s):** Karen Brown )

As proximate result of the Defendant's behavior to break bond between father and son is egregious. The Plaintiff son never saw any violent acts between Plaintiff and estranged wife. (Exhibit 5, court transcript) The coerced declaration and the mentally impaired testimony of the Plaintiff's son by the Defendant is deplorable. This testimony was not required according to the presiding judge opening statements (Exhibit 5 transcript page 1-2) The Defendant's behavior was unlawful and is and was Abuse to the mentally challenged.

As a further proximate result of the Defendant unnecessary abuse of the Plaintiff mentally challenged son the Plaintiff has been harmed in that the Plaintiff suffered anxiety, insomnia,decreased libido,blood pressure elevation and impairment of his constitutional right to life, liberty and the pursuit of happiness. The Plaintiff is constantly worried about his precious son's ability to recalibrate after his coerced court experience.

The Plaintiff is truly entitled to a peaceful life and not encounter retainer hungry attorneys who violate the laws and hid behind double negative codes as the ANTI-SLAPP CODE As a result of such behavior by the Defendant and consequent harm to his honesty, loss of happiness and peace of mind. Plaintiff have suffered damages in an amount to be proven at trial.

## THIRD CAUSE OF ACTION

( Perjury, Suborning Perjury, Defamation )
*insert title of cause of action*
(As against Defendant(s): Karen Brown )

For anyone to make defamatory utterances when the Plaintiff have done so much for family and country. I don't want anything from America, I just want to be left alone.

The Defendant Ms Brown had no reason to break the State and Federal Defamation Law. The presiding judge gave verbal indication that the TRO would be granted due to the infamous undated copy of the original photograph of the Plaintiff laying on his couch with an exercise bar next to him (Court Transcript page 4 lines 20-24) The Defendant Ms Brown clearly states that she had the original copy of the infamous judicial weight bearing undated photograph that the presiding judge used to rule against the Plaintiff (Court Transcript page 5 lines 15-17).The Defendant had won the desired ruling. There were no evidentiary,legal,free speech, petition,privileged communication rights for the Defendant to engage in Defamatory dialogue. The Defendant broke the law and is now asking the court to shield her with Anti-slapp dismissal. The Defamation Laws are clear and CCP Codes are clear and Usurp War should not be allowed. The Defendant broke the law. The Defendant did other egregious things that the Court Transcript clearly states. Plaintiff will leave those items for the Presiding Judge in Department 83. Maybe justice will finally come to a True American.

The current lawsuit is one in which the Plaintiff is suing the Defendant for defamation of character in a TRO (non-violent) hearing. As such the entire action is not subject to dismissal pursuant to a Code of Civil Procedure section 425.16 special motion to strike. The Defamation Laws are there for the reasons the Plaintiff have mentioned. The Defendant's utterances were not privileged,petition nor free speech when she crossed the line an broke the law.

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. For back pay, front pay and other monetary relief

Insert ¶ #according to proof

2. For General Damages in the sum of $39,000,000.00 for the 39 years of voluntary military service for America. The Plaintiff's service to America encompassed two wars and seven stand-bys (Ready to go to War).

3. Punitive damages in an amount appropriate to Punish the Defendant for their wrongful conduct and to set an

Insert ¶ # example for others.

4. For interest on the sum of damages awarded,calculated ~~from July 20, 2021 to the dated outcome of this~~ legal action

5. For reasonable attorney's fees pursuant to Government Code 12965(b)

Insert ¶ #

6. For costs of suit herein incurred

7. For such other and further relief as the court deems proper.

Insert ¶ #

Donald Ray Pierre, In Pro Per

Date: June15, 2022

Signature

Pro Se Clinic Form

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: June 15, 2022

*Sign:*

*Print Name:* Donald Ray Pierre, In Pro Per

Plaintiff in pro per